IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ERIC WHISNANT,                  )
                                )
            Plaintiff,          )
                                )
     v.                         )    1:24-cv-495
                                )
SGT. KEARNES, LT. CRAVEN,       )
and CPL. LOGAN,                 )
                                )
            Defendants.         )
```

### ORDER

On July 24, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of November, 2024.

                                                    /s/ William L. Osteen, Jr.
                                                  United States District Judge

- 2 -

Case 1:24-cv-00495-WO-JEP    Document 5    Filed 11/05/24    Page 2 of 2